# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137236 & (11)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAURIE JEROME BONIOR,
      Defendant-Appellant.

SC: 137236
COA: 286646
Genesee CC: 05-015428-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020